NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. HILL,<br><br>          Petitioner,<br><br>   vs.<br><br>BEN CURRY, Warden,<br><br>          Respondent. | No. C 09-00428 JF (PR)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

Petitioner, a state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Governor's reversal of a decision of the Board of Parole Hearings ("BPH") granting him parole. As grounds for federal habeas relief, Petitioner asserts that he is suitable for parole "because there is no evidence that he currently poses a danger to the public if he is released." (Pet. at 8.)

The United States Supreme Court held that in the context of a federal habeas challenge to the denial of parole, a prisoner subject to a parole statute similar to California's receives adequate process when he is provided an opportunity to be heard and a statement of the reasons why parole was denied. Swarthout v. Cooke, 131 S.Ct.

1   859, 862–63 (2011) (per curiam).  Here, the record shows that these requirements were

2   met.  See Doc. #1-1 at 12–16 & 64–73.  The Constitution does not require more.

3   Swarthout, 131 S.Ct at 862.

4         The Supreme Court also made clear that the question of whether the BPH's

5   decision was supported by "some evidence" of current dangerousness is irrelevant in

6   federal habeas: "it is no federal concern . . . whether California's 'some evidence' rule of

7   judicial review (a procedure beyond what the Constitution demands) was correctly

8   applied."  Swarthout, 131 S.Ct at 863.   Accordingly, the instant petition will be

9   **DENIED**.

10        A certificate of appealability also will be **DENIED**.  See Rule 11(a) of the Rules

11  Governing Section 2254 Cases.  Petitioner has not made "a substantial showing of the

12  denial of a constitutional right."  28 U.S.C. § 2253(c)(2), nor has Petitioner demonstrated

13  that "reasonable jurists would find the district court's assessment of the constitutional

14  claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Petitioner

15  may not appeal the denial of a certificate of appealability in this Court, but he may seek a

16  certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate

17  Procedure.  See Rule 11(a) of the Rules Governing Section 2254 Cases.

18        The clerk shall terminate any pending motions as moot, enter judgment in favor of

19  Respondent and close the file.

20        IT IS SO ORDERED.

21  DATED: _3/4/11_____

22                                                                          JEREMY FOGEL
                                                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. HILL,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.
                                       /

Case Number: CV09-00427 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/10/11  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Williams J-42019
Correctional Training Facility
YW-216-Up
P.O. Box 689
Soledad, CA 93960-0689

Dated:   3/10/11

                                                    Richard W. Wieking, Clerk